```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 18221
    BARBARA JEAN TYNER
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

            Debtor
   SSN XXX-XX-0294

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
       The case was filed on 05/10/2004 and was confirmed 07/12/2004.

       The plan was confirmed to pay secured creditors 100% and unsecured
   creditors 100.00%.

       The case was dismissed after confirmation 11/26/2007.
-------------------------------------------------------------------------------
   CREDITOR NAME              CLASS         CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                                PAID            PAID
-------------------------------------------------------------------------------
   COOK COUNTY TREASURER      SECURED              .00             .00             .00
   OAK FINANCIAL              SECURED          4000.00         1421.68         4000.00
   MRC RECEIVABLE             UNSECURED         858.79             .00          414.67
   CDA PONTIAC                UNSECURED       NOT FILED            .00             .00
   CITY OF CHICAGO WATER DE   FILED LATE       545.32             .00             .00
   SEARS ROEBUCK & CO         UNSECURED       NOT FILED            .00             .00
   CARD SERVICE CENTER        UNSECURED        1151.29             .00          555.91
   DOLLIE I WARREN REED       DEBTOR ATTY     1,200.00                        1,200.00
   TOM VAUGHN                 TRUSTEE                                            426.24
   DEBTOR REFUND              REFUND                                               .00

          Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
   TRUSTEE                8,018.50

   PRIORITY                                            .00
   SECURED                                         4,000.00
      INTEREST                                     1,421.68
   UNSECURED                                         970.58
   ADMINISTRATIVE                                  1,200.00
   TRUSTEE COMPENSATION                              426.24
   DEBTOR REFUND                                        .00
                          ---------------        ---------------
   TOTALS                  8,018.50               8,018.50




            PAGE   1 - CONTINUED ON NEXT PAGE
      CASE NO. 04 B 18221 BARBARA JEAN TYNER
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 02/26/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |